[No. 2543-1.    Division One.    November 25, 1974.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID BRIAN HARDY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 64284, W. R. Cole, J., entered September 20, 1973. *Affirmed* by unpublished opinion per Swanson, C.J., concurred in by Farris and James, JJ.

[No. 1222-2.    Division Two.    November 26, 1974.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD E. BEGLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 60861, John H. Kirkwood, J., entered October 5, 1973. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Armstrong, J.

[No. 1297-2.    Division Two.    November 26, 1974.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT LOBAUGH, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 61248, John W. Schumacher, J., entered December 14, 1973. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Armstrong, J.

[No. 1137-2.    Division Two.    November 26, 1974.]

THE STATE OF WASHINGTON, *Respondent,* v. HARVEY JAMES, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 3772, Gerald B. Chamberlin, J., entered June 4, 1973. *Dismissed* by unpublished per curiam opinion.